IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.  1:26-mj- 135 |
| | ) | |
| ARNETTE WILLIAMS, | ) | Court Date: May 4th, 2026 |
| | ) | |
| Defendant. | ) | |

<u>CRIMINAL INFORMATION</u>

Count I (Class A Misdemeanor – E2446355)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about February 16th, 2026, at Joint Base Myer-Henderson Hall, Virginia, within the

special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia,

ARNETTE WILLIAMS, stole things of value from the Fort Myer Commissary, a department and

agency of the United States, to wit: a bottle of avocado oil with a value of less than $1,000.

(In violation of Title 18, United States Code, Section 641)

Respectfully submitted,

Todd W. Blanche
Acting Attorney General

By:  _____/s/_____
Cain Crouse
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: 703-299-3896
Fax: 703-299-3980
Email: cain.crouse@usdoj.gov

CERTIFICATE OF SERVICE

I certify that on April 29, 2026, I filed the foregoing document with the Clerk of Court using the CM/ECF system, which will cause a true and accurate copy of this document to be transmitted to counsel of record.

By:        _____/s/_____
           Cain Crouse
           Special Assistant United States Attorney
           United States Attorney's Office
           Eastern District of Virginia
           2100 Jamieson Avenue
           Alexandria, VA 22314
           Phone: 703-299-3896
           Fax: 703-299-3980
           Email: cain.crouse@usdoj.gov